### 10090.   GRAY *v.* THE STATE.

BROYLES, P. J. The only point argued in the brief of counsel for the plaintiff in error is that the court erred in overruling the defendant's motion for a continuance on account of absent witnesses. The proceedings upon the hearing of the motion are reported in extenso in the record, and it does not affirmatively appear that the trial judge abused his wide discretion in overruling the motion.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
DECIDED NOVEMBER 1, 1918.

Indictment for assault with intent to murder; from Toombs superior court—Judge Hardeman. June 25, 1918.

*Williams & Corbitt,* for plaintiff in error.
*Walter F. Gray, solicitor-general,* contra.